UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL H. HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES BUREAU OF PRISONS and WILLIAM H. GRANT,<br><br>    Defendants. | NO. CV-09-202-RHW<br><br>ORDER DISMISSING ACTION |

By Order filed September 4, 2009, the court denied Mr. Hunter's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) (Ct. Rec. 5). The Court granted Plaintiff twenty (20) days to pay the filing fee. He has not done so.

Accordingly, **IT IS ORDERED** this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1915. Any appeal of this action would not be taken in good faith.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and **close the file**.

**DATED** this 1st day of October, 2009.

                         s/Robert H. Whaley
                        ROBERT H. WHALEY
                    UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2009\Hunter\9cv202rhw-9-25-dis.wpd

ORDER DISMISSING ACTION ~ 1